IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JEREMY LAYMANCE and MORGAN LAYMANCE, § § § § §<br><br>Plaintiffs, §<br> §<br>v. §<br> §<br>GREG TAYLOR, et al., §<br> §<br>Defendants. § § § | Case No. 6:19-cv-45-JDK-JDL |

**FINAL JUDGMENT**

The Court, having considered and disposed of all pending claims in this case, hereby enters **FINAL JUDGMENT**.

Pursuant to previous Orders of the Court, it is **ORDERED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **1st** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE